UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT STRIDIRON,<br><br>                                     Plaintiff,<br><br>    - against -<br><br>THE INDIA TRIBUNE OF CHICAGO, INC.<br><br>                                   Defendant. | Docket No. 3:18-cv-1732<br><br>JURY TRIAL DEMANDED |

### COMPLAINT

Plaintiff Robert Stridiron ("Stridiron" or "Plaintiff") by and through his undersigned counsel, as and for his Complaint against Defendant The India Tribune of Chicago, Inc. ("India Tribune" or "Defendant") hereby alleges as follows:

### NATURE OF THE ACTION

1. This is an action for copyright infringement under Section 501 of the Copyright Act and for the removal and/or alteration of copyright management information under Section 1202(b) of the Digital Millennium Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of a copyrighted photograph of Lovedeep Singh owned and registered by Stridiron, a professional photographer. Accordingly, Stridiron seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

### JURISDICTION AND VENUE

2. This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*., and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3. This Court has personal jurisdiction over Defendant because Defendant resides in and/or transacts business in New York.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5. Stridiron is a professional photographer in the business of licensing his photographs to online and print media for a fee having a usual place of business at 78-28 88th Road, Woodhaven, NY 11421.

6. Upon information and belief, India Tribune is a domestic business corporation duly organized and existing under the laws of the State of Illinois, with a place of business 3302 West Peterson Avenue, Chicago, IL 60659. Upon information and belief India Tribune is registered with the Illinois Department of State Division of Corporations to do business in the State of Illinois. At all times material, hereto, India Tribune has owned and operated a website at the URL: https://indiatribune.com (the "Website").

## STATEMENT OF FACTS

**A.  Background and Plaintiff's Ownership of the Photograph**

7. Stridiron photographed Lovedeep Singh (the "Photograph"). A true and correct copy of the Photograph is attached hereto as Exhibit A.

8. Stridiron then licensed the Photograph to QNS. On June 26, 2017 QNS ran an article that featured the Photograph titled *UPDATE: Cops identify man who stabbed his roommate in the neck in their Richmond Hill home as the victim's cousin.* See URL https://qns.com/story/2017/06/26/man-arrested-stabbing-roommate-neck-richmond-hill-home/. Stridiron's name was featured in a gutter credit identifying him as the photographer of the Photograph. A true and correct copy of the article is attached hereto as Exhibit B.

9. Stridiron is the author of the Photograph and has at all times been the sole owner of all right, title and interest in and to the Photograph, including the copyright thereto.

10. The Photograph was registered with the United States Copyright Office and was given registration number VA 2-064-636 and titled "Stridiron Suspect 2 6_26_2017.jpg." See Exhibit C.

### B. Defendant's Infringing Activities

11. On or about June 29, 2017, India Tribune ran an article on the Website titled *US: 26-year-old Indian-origin man stabbed to death by cousin.* See URL https://indiatribune.com/us-26-year-old-indian-origin-man-stabbed-to-death-by-cousin/. The article prominently featured the Photograph. A true and correct copy of the article and a screen shot of the Photograph on the article are attached hereto as Exhibit D.

12. India Tribune did not license the Photograph from Plaintiff for its article, nor did India Tribune have Plaintiff's permission or consent to publish the Photograph on its Website.

## FIRST CLAIM FOR RELIEF
## (COPYRIGHT INFRINGEMENT AGAINST DEFENDANT)
## (17 U.S.C. §§ 106, 501)

13. Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-12 above.

14. India Tribune infringed Plaintiff's copyright in the Photograph by reproducing and publicly displaying the Photograph on the Website. India Tribune is not, and has never been, licensed or otherwise authorized to reproduce, publically display, distribute and/or use the Photograph.

15. The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

16. Upon information and belief, the foregoing acts of infringement by Defendant have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

17. As a direct and proximate cause of the infringement by the Defendant of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and Defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

18. Alternatively, Plaintiff is entitled to statutory damages up to $150,000 per work infringed for Defendant's willful infringement of the Photograph, pursuant to 17 U.S.C. § 504(c).

19. Plaintiff further is entitled to his attorney's fees and full costs pursuant to 17 U.S.C. § 505.

**SECOND CLAIM FOR RELIEF**
**INTEGRITY OF COPYRIGHT MANAGEMENT INFORMATION AGAINST DEFENDANT**
**(17 U.S.C. § 1202)**

20. Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-19 above.

21. Upon information and belief, in its article on the Website, Defendant copied the Photograph from QNS which contained a gutter credit underneath the Photograph stating, "Photos by Robert Stridiron/RHS Breaking News Services" and placed it on its Website without the gutter credit.

22. Upon information and belief, India Tribune intentionally and knowingly removed copyright management information identifying Plaintiff as the photographer of the Photograph.

23. The conduct of India Tribune violates 17 U.S.C. § 1202(b).

24. Upon information and belief, India Tribune's falsification, removal and/or alteration of the aforementioned copyright management information was made without the knowledge or consent of Plaintiff.

25. Upon information and belief, the falsification, alteration and/or removal of said copyright management information was made by India Tribune intentionally, knowingly and with the intent to induce, enable, facilitate, or conceal their infringement of Plaintiff's copyright in the Photograph. India Tribune also knew, or should have known, that such falsification, alteration and/or removal of said copyright management information would induce, enable, facilitate, or conceal their infringement of Plaintiff's copyright in the Photograph.

26. As a result of the wrongful conduct of India Tribune as alleged herein, Plaintiff is entitled to recover from India Tribune the damages, that he sustained and will sustain, and any gains, profits and advantages obtained by India Tribune because of their violations of 17 U.S.C. § 1202, including attorney's fees and costs.

27. Alternatively, Plaintiff may elect to recover from India Tribune statutory damages pursuant to 17 U.S.C. § 1203(c) (3) in a sum of at least $2,500 up to $25,000 for each violation of 17 U.S.C. § 1202.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1. That Defendant India Tribune be adjudged to have infringed upon Plaintiff's copyrights in the Photograph in violation of 17 U.S.C §§ 106 and 501;

2. The Defendant India Tribune be adjudged to have falsified, removed and/or altered copyright management information in violation of 17 U.S.C. § 1202.

3. That Plaintiff be awarded either: a) Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of Plaintiff's Photograph; or b) alternatively, statutory damages of up to $150,000 per copyrighted work infringed pursuant to 17 U.S.C. § 504;

4. That, with regard to the Second Claim for Relief, Plaintiff be awarded either: a) Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's falsification, removal and/or alteration of copyright management information; or b) alternatively, statutory damages of at least $2,500 and up to $ 25,000 for each instance of false copyright management information and/or removal or alteration of copyright management information committed by Defendant pursuant to 17 U.S.C. § 1203(c);

5. That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

6. That Plaintiff be awarded his costs, expenses and attorneys' fees pursuant to 17 U.S.C. § 505;

7. That Plaintiff be awarded pre-judgment interest; and

8. Such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

Dated: Valley Stream, New York
September 17, 2018

LIEBOWITZ LAW FIRM, PLLC
By: /s/Richard Liebowitz
Richard Liebowitz

                11 Sunrise Plaza, Suite 305
                Valley Stream, New York 11580
                Tel: (516) 233-1660
                RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff Robert Stridiron*