UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT STRIDIRON<br><br>      Plaintiff,<br><br>  v.<br><br>THE INDIA TRIBUNE OF CHICAGO, INC.<br><br>      Defendant. | NOTICE OF SETTLEMENT AND DISMISAL OF CIVIL ACTION WITH PREJUDICE (FRCP 41(a)(1)(A)(ii))<br><br>Case No.: 3:18-cv-1732 |

  IT IS HEREBY NOTICED that a settlement has been reached between Plaintiff Robert Stridiron and Defendant The India Tribune of Chicago, Inc. the above action should be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Each party shall bear its own costs and attorneys' fees.

/s/Richard Liebowitz
Richard Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: April 26, 2019
*Attorneys for Plaintiff Robert Stridiron*

SO ORDERED:

             _____
             Hon. Nancy J. Rosenstengel